Patrick J. WILLIAMS, Appellant,

v.

Joel LOVELADY; Stephine Winsor; Jonathan Rivers; R. Eseales, Appellees.

No. 03–1846.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 11, 2003.

Decided Oct. 8, 2003.

Before MORRIS SHEPPARD ARNOLD, FAGG, and MELLOY, Circuit Judges.

PER CURIAM.

Federal inmate Patrick Williams appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to comply with a court order. After careful review of the record, we find no abuse of discretion in dismissing the complaint, and we agree with the district court that Williams's previous notice of appeal was premature. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.